THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIDGET PALKOW, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-1935 |
| COMMISSIONER OF THE | : | |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 28TH day of October, 2021, upon review of the brief in support of the request for review filed by Plaintiff, Defendant's response, and Plaintiff's reply thereto (Docs. 12, 14, 17), as well as the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Request for Review (Doc. 12) is **GRANTED**, the final decision of the Commissioner terminating Plaintiff's disability benefits is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE